UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KATHLEEN BROWNING AND NICHOLAS FLINT COLLINS, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 4:24-cv-00029-TWP-KMB |
| v. | ) ) ) |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, ENVOY MORTGAGE LP, and NATIONSTAR MORTGAGE LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT ENVOY MORTGAGE LP'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Envoy Mortgage LP ("Envoy"), through counsel, files this Motion to Dismiss the Complaint of Plaintiffs Kathleen Browning and Nicholas Flint Collins ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Envoy relies upon the rules, law, and arguments set forth in the accompanying Memorandum of Law.

WHEREFORE, Envoy respectfully requests that the Court dismiss all of Plaintiffs' claims brought against Envoy in their entirety and with prejudice, and grant such other relief that the Court deems just and proper.

Dated: August 2, 2024

Respectfully submitted,

/s/ Christopher R. Murphy
Christopher R. Murphy
Holland & Knight LLP
150 N. Riverside Plaza, 27th Floor

                Chicago, IL  60606
                Tel. No.:  (312) 263-3600
                Fax:  (312) 578-6666
                Email:  Chris.Murphy@hklaw.com
                *Counsel for Defendant*
                *Envoy Mortgage, LP*

## CERTIFICATE OF SERVICE

      I, Christopher R. Murphy, an attorney, hereby certify that on August 2, 2024, the foregoing was filed electronically, using the ECF system, which will send notification of such filing to all parties of record in the above-captioned matter.

/s/ Christopher R. Murphy  
Christopher R. Murphy
